SCWC-29951

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JASON KELLY ANDREWS, Petitioner/Defendant-Appellant,

vs.

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29951; S.P.P. NO. 08-1-004K; CR. NO.03-1-279K)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(by: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant Jason Kelly Andrews's application for writ of certiorari, which was electronically filed by the clerk's office on August 27, 2012, was filed more than sixty days after the filing of the ICA's June 25, 2012, judgment on appeal. The application is untimely and thus, this court lacks appellate jurisdiction. See Hawaiʻi Revised Statutes § 602-59(c) (Supp. 2011); Hawaiʻi Rules of Appellate Procedure Rule 40.1(a). Therefore,

IT IS HEREBY ORDERED that the application for writ of certiorari is dismissed.

DATED: Honolulu, Hawai'i, September 6, 2012.

| | |
|---|---|
| Jason K. Andrews, petitioner, pro se | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Lisa M. Itomura | |
| Diane K. Taira | /s/ Simeon R. Acoba, Jr. |
| Deputy Attorneys General | |
| and | /s/ Sabrina S. McKenna |
| Joyce A. Seelen | |
| Deputy Prosecuting Attorney | /s/ Richard W. Pollack |
| for respondent | |



2